

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-18-00002-CR

Larry Donnell **GIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015 CRR 001320 D-1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on July 6, 2018. On July 13, 2018, Appellant filed a motion for extension of time to file the brief requesting an additional thirty days. The motion was granted, and the deadline for filing the brief was extended to August 6, 2018. On August 3, 2018, Appellant filed a second motion requesting an additional thirty days to file the brief, for a total extension of sixty days. The motion is GRANTED. **This is the final extension of time Appellant will be granted**. The Appellant's brief must be filed by September 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court